IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 113,970

In the Matter of JARED WARREN HOLSTE,
*Respondent.*


ORDER OF DISCHARGE FROM PROBATION


On October 9, 2015, this court ordered the respondent, Jared Warren Holste, disciplined by a two-year suspension, stating that he could apply for reinstatement after six months, subject to terms and conditions specified. See *In re Holste*, 302 Kan. 880, 358 P.3d 850 (2015).

On August 31, 2016, respondent filed a motion for early reinstatement with a proposed probation plan, approved by the Disciplinary Administrator's office. The Disciplinary Administrator's office filed a response on September 7, 2016, not opposing the respondent's motion for early reinstatement. On October 21, 2016, an order issued by this court reinstated the respondent to the practice of law in Kansas, subject to the terms and conditions of the probation plan of 18 months. See *In re Holste*, 305 Kan. 377, 382 P.3d 850 (2016).

On June 12, 2018, the respondent filed a motion for discharge from probation. The Disciplinary Administrator filed a response to the motion on June 13, 2018, informing the court that it did not object to the respondent's motion for discharge from probation.

IT IS THEREFORE ORDERED that the respondent's motion for discharge from probation be granted.

1

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports and that the costs herein shall be assessed to the respondent.

Dated this 11th day of July, 2018.